**Order entered March 20, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01132-CR

**TONNIEL MARQUIS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-11801-U

### ORDER

Before the Court is court reporter Sasha Brooks's March 17, 2020 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by April 13, 2020. We caution Ms. Brooks that further extensions are disfavored.

/s/     BILL PEDERSEN, III
JUSTICE